**Opinion issued June 11, 2013**



In The

# Court of Appeals
For The
# First District of Texas

———————————

## NO. 01-12-01179-CV

———————————

### GLEN GILMORE, Appellant

### V.

### ALDINE INDEPENDENT SCHOOL DISTRICT, Appellee

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-52866**

---

## MEMORANDUM OPINION

Appellant Glen Gilmore, defendant-intervenor in the underlying trial court cause, filed a notice of appeal to the 151st District Court of Harris County from an order signed in the tax court, but the appeal was instead assigned to this Court. Appellant has filed a "Motion to Remand to Trial Court for Lack of Final

Appealable Order" because there is no final judgment disposing of appellant's claims in the court below. The record that was filed in this appeal shows that the plaintiff, Aldine Independent School District, along with various intervening taxing units, filed a non-suit. However, the record does not contain a signed order granting the non-suit, nor does it contain any order finally disposing of the appellant's claims in intervention.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We have no jurisdiction to hear an appeal from a judgment that is not final, unless there is specific statutory authority permitting an appeal before final judgment. *See Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998); *Iacono v. Lyons*, 6 S.W.3d 715, 716–17 (Tex. App.—Houston [1st Dist.] 1999, no pet.). Here, the record reflects that no final judgment has been entered by the trial court in this case.

On May 17, 2013, the Court notified the parties of its intent to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating this court's jurisdiction on or before May 28, 2013. *See* TEX. R. APP. P. 42.3(a). Appellant has not filed a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f).

We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justice Keyes, Higley, and Bland.